# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.03-01-00714-CV

**T & K Properties, Inc.; Terry Shook; and Karen Steele, Appellants**

**v.**

**Apante Investments, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. GN101458, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

Because appellants have failed to file a brief, we will dismiss their appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the clerk=s record in this cause on January 24, 2002. Accordingly, appellant=s brief was due on February 25, 2002. *See* Tex. R. App. P. 38.6(a).

By postcard dated March 21, 2002, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by April 1, 2002, or tendered a motion for extension of time reasonably explaining the failure to do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.* 42.3(b).


Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed:   May 2, 2002

Do Not Publish